Form SJODM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:  Clementina Torres | Case No.: 10–62767 CN 7 |
| Debtor(s) | Chapter:  7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on December 15, 2010 , this case is DISMISSED.

If the debtor(s) failed to comply with 11 U.S.C. §§521(a)(1) and no extension of time was obtained under 11 U.S.C. §§521(i)(3), this Order of Dismissal is effective the 46th day after the filing of the petition.

It is so Ordered.

Dated: 2/2/11

By the Court:

Charles Novack
United States Bankruptcy Judge